UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BENJAMIN LIGERI, )
)
Plaintiff, )
)
v. ) No. 07 CA 10862 DPW
)
STATE OF RHODE ISLAND, )
CRANSTON POLICE DEPARTMENT, )
CRANSTON POLICE OFFICER #419 and )
CRANSTON POLICE OFFICER #432, )
)
Defendants. )

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of Defendants "Cranston Police Department," "Cranston Police Officer #419" and "Cranston Police Officer #432."

Respectfully submitted,
Cranston Police Department, Cranston Police Officer #419 and Cranston Police Officer #432,
by their attorney,

Date: May 23, 2007

/s/Jeffrey S. Michaelson

Jeffrey S. Michaelson (BBO# 547541)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of filing of this document(s).

Service by U.S. mail on:
Benjamin Ligeri
39Wheaton Ave.
Rehoboth, MA 02769

H

/s/ Jeffrey S. Michaelson