CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:07-cv-10862-DPW
# Internal Use Only

Ligeri v. State of Rhode Island et al
Assigned to: Judge Douglas P. Woodlock
Demand: $25,000
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 05/04/2007
Date Terminated: 05/31/2007
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Benjamin Ligeri** represented by **Benjamin Ligeri**
39 Wheaton Avenue
Rehoboth, MA 02769
401-952-6661
PRO SE

UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

I hereby certify on 6/1/07 that the foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on ____
☑ original filed in my office on ____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
By: ____
Deputy Clerk

V.

**Defendant**

**State of Rhode Island**

**Defendant**

**Cranston Police Department** represented by **Jeffrey S. Michaelson**
Michaelson & Michaelson
7454 Post Road
P.O. Box 622
North Kingstown, RI 02852
401-295-4330
Fax: 401-295-5220
Email: jeffmichaelson@cox.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cranston Police Officer #419** represented by **Jeffrey S. Michaelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cranston Police Officer #432** represented by **Jeffrey S. Michaelson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/03/2007 | 1 | COMPLAINT against all defendants , filed by Benjamin Ligeri. (Attachments: # 1)(Gawlik, Cathy) (Entered: 05/07/2007) |
| 05/03/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by Benjamin Ligeri.(Gawlik, Cathy) (Entered: 05/07/2007) |
| 05/03/2007 | 3 | MOTION for Exigent Interim Order by Benjamin Ligeri, FILED(Gawlik, Cathy) (Entered: 05/07/2007) |
| 05/03/2007 | | ELECTRONIC NOTICE of Case Assignment. Judge Douglas P. Woodlock assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander (Gawlik, Cathy) (Entered: 05/07/2007) |
| 05/23/2007 | 4 | NOTICE of Appearance by Jeffrey S. Michaelson on behalf of Cranston Police Department, Cranston Police Officer #419, Cranston Police Officer #432 (Michaelson, Jeffrey) Additional attachment(s) added on 5/23/2007 (Nici, Richard). (Entered: 05/23/2007) |
| 05/23/2007 | 5 | MOTION to Dismiss for Lack of Jurisdiction *and/or Improper Venue* by Cranston Police Department, Cranston Police Officer #419, Cranston Police Officer #432.(Michaelson, Jeffrey) (Entered: 05/23/2007) |
| 05/23/2007 | 6 | MEMORANDUM in Support re 5 MOTION to Dismiss for Lack of Jurisdiction *and/or Improper Venue* filed by Cranston Police Department, Cranston Police Officer #419, Cranston Police Officer #432. (Michaelson, Jeffrey) (Entered: 05/23/2007) |
| 05/30/2007 | 7 | Judge Douglas P. Woodlock : ORDER entered granting 2 Motion for Leave to Proceed in forma pauperis; denying as moot 5 Motion to Dismiss for Lack of Jurisdiction. This action is hereby TRANSFERRED to the United States District Court for the District of Rhode Island and plaintiff's Motion for Exigent Interim Order (Docket No. 3) is reserved for the transferee court. (PSSA, 4) (Entered: 05/30/2007) |
| 05/31/2007 | | Case transferred to to District of Rhode Island;. Original file with documents numbered 1-7, certified copy of transfer order and docket sheet sent to Clerk in that district. (Nici, Richard) (Entered: 06/01/2007) |