**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BENJAMIN LIGERI, | 07 CA 10862 DPW |
| Plaintiff, | No.: |
| v. | DOCKETED |
| STATE OF RHODE ISLAND<br>CRANSTON POLICE DEPARTMENT<br>CRANSTON POLICE OFFICER #419<br>CRANSTON POLICE OFFICER #432, | |
| Defendant. | **JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR EXIGENT INTERIM ORDER**

Plaintiff motions this Court for an interim order reinstating Plaintiff's license, to be in effect until final ruling, or such other notice or ruling, by this Court is issued. Plaintiff defers to his Complaint, filed along with this motion, for the factual basis in support of this motion, and additionally reiterates that he was unlawfully issued an invalid ticket, which was admitted to be invalid by the issuing officer at the time it was issued to Plaintiff by the officer's own reasons for giving the ticket (not for speeding, but for asserting his inalienable rights) -- see Plaintiff's Complaint. Plaintiff additionally supports this motion with the fact that he has found it impractical to even borrow money (since he is without income currently) and pay the false debt in the interim until a final verdict could be reached, due to the fact that Defendants have made it so difficult for Plaintiff to both pay the ticket and reinstate his license -- see Plaintiff's Complaint.

3

Respectfully submitted,

THIS 30 day of April, 2007

BY: ______________________

Benjamin Ligeri
39 Wheaton Ave.
Rehoboth, MA 02769
(401) 952-6661

## CERTIFICATION

I, Benjamin Ligeri, do hereby certify that on this date, I served via first class mail, postage prepaid to Cranston Police Department, 275 Atwood Avenue, Cranston, RI 02920; Cranston Police Officer #419, 275 Atwood Avenue, Cranston, RI 02920; Cranston Police Officer #432, 275 Atwood Avenue, Cranston, RI 02920; and the State of Rhode Island, Secretary of State, 82 Smith Street, State House Room 217, Providence, RI 02903, the following documents:

1. Plaintiff's Complaint, and

2. Plaintiff's Motion for Exigent Interim Order.

Plaintiff will effect full legal service of the Complaint on Defendants, unless waived by Defendants, upon receiving the summonses back from this Court.

______________________

Benjamin Ligeri
39 Wheaton Ave
Rehoboth, MA 02769
(401) 952-6661