UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BENJAMIN LIGERI,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF RHODE ISLAND,<br>CRANSTON POLICE DEPARTMENT,<br>CRANSTON POLICE OFFICER #419 and<br>CRANSTON POLICE OFFICER #432,<br><br>Defendants. | C.A. No. 1:07-CV-00207-ML-LDA |

MOTION FOR EXTENSION OF TIME

Now come Defendants Cranston Police Department, "Cranston Police Officer #419" and "Cranston Police Officer #432," (collectively referred to as the "Cranston Defendants") and move that the time in which they may answer or otherwise respond to the Complaint in this matter be extended through and including July 30, 2007.

In support of this Motion, the Cranston Defendants state as follows:

1. This matter was commenced by Plaintiff in the District of Massachusetts on or about May 3, 2007.

2. The Cranston Defendants moved to dismiss the matter, in the District of Massachusetts, on or about May 23, 2007.

3. The Court, on or about May 30, 2007, transferred venue to the District of Rhode Island and denied the pending Motion to Dismiss as moot.

4. The undersigned counsel is researching potential defenses available in this action, and requests this extension of time in order to complete such research.

5. The Cranston Defendants' counsel has, in addition, served Plaintiff, consistent with Rule 11, a Motion for Sanctions, and Plaintiff may, in accordance with the Rule,

withdraw certain allegations contained in the Complaint. Any such withdrawal of allegations may affect the form, nature and scope of any responsive pleading which the Cranston Defendants ultimately file.

6. Upon information and belief, granting this Extension will not prejudice any party.

7. The Cranston Defendants believe that no Memorandum of law is required with this Motion.

Respectfully submitted,
Cranston Police Department, Cranston Police
Officer #419 and Cranston Police Officer #432,
by their attorney,

Date: May 23, 2007

/s/Jeffrey S. Michaelson
Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of filing of this document(s).

Service by U.S. mail on:
Benjamin Ligeri
39 Wheaton Ave.
Rehoboth, MA 02769

/s/ Jeffrey S. Michaelson