**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

BENJAMIN LIGERI,

Plaintiff,

v.

STATE OF RHODE ISLAND
CRANSTON POLICE DEPARTMENT
CRANSTON POLICE OFFICER #419
CRANSTON POLICE OFFICER #432,

Defendant.

No.: CA 07-207-ML

# NOTICE OF MOTION WITHDRAWAL

Now comes the Plaintiff, Benjamin Ligeri, and withdraws his MOTION For Exigent Interim Order, as it is now moot. Plaintiff originally filed said Motion with his Complaint in May 2007, because Plaintiff only had two weeks to seek relief from a state decree that would force Plaintiff to unlawfully pay hundreds of dollars to the state under threat of having his license taken away from him, so Plaintiff filed said Motion for relief, but when the Motion wasn't ruled on in the time Plaintiff was given by the state, he had to pay the unlawful debt and therefore said Motion is now moot and relegated back to an issue for damages in the Complaint.

5

Respectfully submitted,

Date: June 23, 2007

Benjamin Ligeri
39 Wheaton Ave
Rehoboth, MA 02769
(401) 952-6661

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion For Sanctions and Memorandum in support thereof was served, by first class mail, postage prepaid, upon the Defendants' counsel:

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852

on the 23rd day of June, 2007.

Benjamin Ligeri
39 Wheaton Ave
Rehoboth, MA 02769
(401) 952-6661