**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| BENJAMIN LIGERI, | No.: CA 07-207-ML |
| Plaintiff, | |
| v. | |
| STATE OF RHODE ISLAND<br>CRANSTON POLICE DEPARTMENT<br>CRANSTON POLICE OFFICER #419<br>CRANSTON POLICE OFFICER #432, | |
| Defendant. | |

# REPLY TO DEFENDANTS' MOTION FOR EXTENSION OF TIME

Now comes the Plaintiff, Benjamin Ligeri, and moves the Court to deny Defendant's Motion For Extension of Time for the following reasons:

Defendants' entire support of their motion for an extension of time effectually rests on two points:

One, that the case was commenced in another court and moved to this Court. That fact does not support a need for an extension of time to answer the Complaint, but rather supports the opposite: that Defendants have MORE time because the case has been transferred.

Two, that because Defendants have filed a Motion For Sanctions to have certain allegations in the Complaint withdrawn, they'll need to wait to see if the Plaintiff withdraws the allegations before being able to properly answer a potentially 'new' Complaint. Plaintiff is not withdrawing any of the allegations in his Complaint, Defendants are aware of this, and so this claim of Defendants is moot as well. Defendants' Motion for Sanctions is a second attempt by Defendants to have Plaintiff's case dismissed when their 'plain old' Motion To Dismiss was denied.

Therefore, Defendants have put forth NO support in support of their Motion For Extension of Time and so their Motion must be denied as a matter of law.

Additionally, Plaintiff has served Defendants with a Motion For Sanctions, for, namely, the deceptive filing of their Motion For Sanctions. Therefore, Defendants will have to remove their Motion For Sanctions or face Plaintiff's Motion For Sanctions.

Plaintiff is not opposed to granting Defendants an extension, if honorably requested. As it stands, counsel for Defendants is acting quite unreasonably combative to acting counsel for Plaintiff, and wasting the Court's time filing motions when Plaintiff has presented himself to counsel as most willing to meet any reasonable requests by telephone, but Defendants' counsel has refused to speak to Plaintiff on the grounds that it would be a "waste of his time". Well, since Plaintiff has been willing to meet many of the benign demands that Defendants' counsel has made via Motion to this Court and the Mass. Court, it clearly seems that the opposite is true.

Respectfully submitted,

THIS 23 day of June, 2007

BY: ____________________

Benjamin Ligeri
39 Wheaton Ave.
Rehoboth, MA 02769
(401) 952-6661

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion For Sanctions and Memorandum in support thereof was served, by first class mail, postage prepaid, upon the Defendants' counsel

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852

on the ~~14th~~ 23 day of June, 2007.

____________________

Benjamin Ligeri
39 Wheaton Ave
Rehoboth, MA 02769
(401) 952-6661