UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BENJAMIN LIGERI,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF RHODE ISLAND,<br>CRANSTON POLICE DEPARTMENT,<br>CRANSTON POLICE OFFICER #419 and<br>CRANSTON POLICE OFFICER #432,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:07-CV-00207-ML-LDA |

CRANSTON DEFENDANTS' MOTION FOR SANCTIONS

Now come Defendants Cranston Police Department, "Cranston Police Officer #419" and "Cranston Police Officer #432," (collectively referred to as the "Cranston Defendants") and move that the Court Dismiss Plaintiff's claims in the above-captioned action, award Cranston Defendants' attorney's fees in connection with the defense of this matter and impose such other sanctions as the Court deems appropriate.

In support of this Motion, the Court is respectfully referred to the Memorandum in Support of the Cranston Defendants' Motion for Sanctions, filed together with this Motion.

Respectfully submitted,
Cranston Police Department, Cranston Police Officer #419 and Cranston Police Officer #432,
by their attorney,

Date: July 17, 2007

/s/Jeffrey S. Michaelson
Jeffrey S. Michaelson (BBO# 3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served, by first class mail, postage prepaid, upon the following attorneys of record the __17__ day of _July_____, 2007 and further certify that, on the 12th day of June, 2007 this document was served on the following pursuant to Rule 11:

Benjamin Ligeri
39 Wheaton Ave.
Rehoboth, MA 02769

/s/ Jeffrey S. Michaelson