**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

BENJAMIN LIGERI,

Plaintiff,

v.

STATE OF RHODE ISLAND
CRANSTON POLICE DEPARTMENT
CRANSTON POLICE OFFICER #419
CRANSTON POLICE OFFICER #432,

Defendant.

No.: CA 07-207-ML

## SHORT REPLY TO DEFENDANTS' MOTION FOR SANCTIONS AND CONTINGENT NOTE FOR APPEAL

Plaintiff already filed a Motion for Sanctions wherein he requested the Court to deny Defendants' Motion for Sanctions; however, in this Short Reply to Defendants' Motion For Sanctions, Plaintiff would like to clear up a few things.

First, at this stage of the action, if and before any disposal of this action is considered by this Court, Plaintiff asks that the parties be granted a dispositive hearing on the matter, as there are many issues of fact and corresponding law that Plaintiff feels could easily be overlooked in a non-dispositive ruling. (Plaintiff may also be out of the country for the last week of July through the first few weeks of August, just so that's known to this Court and all parties in advance).

Second, Defendant's Motion For Sanctions serves to ask this Court to approve a motion

that Defendants' were unsuccessful with in Massachusetts District Court: namely, dismissal of the case. However, it's clear by the actions of the Mass District Court, that they did not feel the "misfiling" was a blameworthy error, but rather a case of mistaken jurisdiction. The case was then transferred to this Court and Defendants' Motion denied as moot. Thus, the case starts here, as a filed case, not as a case previously filed somewhere else and moved. Defendant can't seek damages--especially in the non-quantifiable form of a motion to dismiss--in this Court, based on a previous filing in another Court. Defendant

Third, I'm a very intelligent young man, with a 4.0 GPA paralegal degree, who's filed and won several lawsuits, both state and federal, against CORPORATIONS -- I have no attorney who would take a civil rights case of such small quantity and such uphill victory--being that it's against a city and not a corporation, so if I can't keep a case--alleging police brutality and several other Civil Rights violation--in this Court, then no private citizen can. If I'm out of the country and the case is dismissed and I do not return within the deadline to file an appeal, I hereby note for appeal the dismissal of this case, if and when it occurs.

Respectfully submitted,

Date: July 18, 2007

Benjamin Ligeri
39 Wheaton Ave
Rehoboth, MA 02769
(401) 952-6661

# CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiff's Motion For Sanctions and Memorandum in support thereof was served, by first class mail, postage prepaid, upon the Defendants' counsel

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852

on the 18th day of July, 2007.

Benjamin Ligeri
39 Wheaton Ave
Rehoboth, MA 02769
(401) 952-6661