UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BENJAMIN LIGERI,
Plaintiff,
v.
STATE OF RHODE ISLAND,
CRANSTON POLICE DEPARTMENT,
CRANSTON POLICE OFFICER #419 and
CRANSTON POLICE OFFICER #432,
Defendants.

C.A. No. 1:07-CV-00207-ML-LDA

CRANSTON DEFENDANTS' MOTION TO DISMISS
AND TO STRIKE PURSUANT TO RULES 12

Defendants "Cranston Police Department," "Cranston Police Officer #419" and "Cranston Police Officer #432" hereby move, pursuant to Rule 12(b)((4), 12(b)(5), 12(b)(6) and 12(f), Fed. R. Civ. Proc. that this matter be dismissed and that Paragraphs 14 and 15 be stricken.

In support of this Motion, the Court is respectfully referred to the Memorandum in Support of Cranston Defendants' Motion to Dismiss and to Strike Portions of the Complaint, filed together with this Motion.

Respectfully submitted,
Cranston Police Department, Cranston Police Officer #419 and Cranston Police Officer #432,
by their attorney,

Date: July 30, 2007

/s/Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of filing of this document(s).

Service by U.S. mail on:
Benjamin Ligeri
39Wheaton Ave.
Rehoboth, MA 02769

/s/ Jeffrey S. Michaelson