UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| BENJAMIN LIGERI, Plaintiff, | |
| v. | C.A. No. 1:07-CV-00207-ML-LDA |
| STATE OF RHODE ISLAND, CRANSTON POLICE DEPARTMENT, CRANSTON POLICE OFFICER #419 and CRANSTON POLICE OFFICER #432, Defendants. | |

CRANSTON DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION FOR SANCTIONS

Now come Defendants Cranston Police Department, "Cranston Police Officer #419" and "Cranston Police Officer #432," (collectively referred to as the "Cranston Defendants") and hereby Oppose Plaintiff's Motion for Sanctions, filed on or about July 18, 2007.

In support of this Opposition, the Court is respectfully referred to the Cranston Defendants' Memorandum in Opposition to Plaintiff's Motion for Sanctions, filed together with this Opposition.

Respectfully submitted,
Cranston Police Department, Cranston Police Officer #419 and Cranston Police Officer #432,
by their attorney,

Date: August 2, 2007

/s/Jeffrey S. Michaelson

Jeffrey S. Michaelson (# 3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of filing of this document(s).

Service by U.S. mail on:
Benjamin Ligeri
39Wheaton Ave.
Rehoboth, MA 02769

/s/ Jeffrey S. Michaelson