**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| BENJAMIN LIGERI,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF RHODE ISLAND<br>CRANSTON POLICE DEPARTMENT<br>CRANSTON POLICE OFFICER #419<br>CRANSTON POLICE OFFICER #432,<br><br>Defendant. | C.A. No. 1:07-CV-00207-ML-LDA |

# PLAINTIFF'S MOTION TO SETTLE OR FACILITATE SETTLEMENT OF THE CASE IN THE INTERESTS OF THE PUBLIC TRUST

COMES NOW the Plaintiff, Benjamin Ligeri, and moves this Court for a Motion to Settle or Facilitate Settlement of the Case In the Interestes of the public trust/State of Rhode Island.

I did not want to file this Complaint, because of the inherent uphill battle and the costs the people must bear to, ironically, hire lawyers to defend <u>against their own safety</u>. However, I had no choice, as my conscience controls me -- I was assaulted by several officers, for no reason, on two separate occasions on this street they call Park Ave. in Cranston, Rhode Island (footnote 1).

<u>Footnote 1:</u> The fact that officers assaulted Plaintiff without reason is res ipsa loquitur, as there is no possible reason that a minor traffic offense could lawfully call for assault -- as Plaintiff was not charged with any crime, police were obviously not defending themselves. And the element of assault itself will be proven by several witnesses, if needed, meaning, if Defendants dared to be deny it.

I get tachycardia just driving on Park Ave., and nowhere else am I afraid to drive, but why? I'm not a criminal. I've never even been charged with a crime, I've never even been suspected of criminal activity. Why have I been pulled over twice, in a specific area in Cranston, RI, for an allegedly negligible traffic offense, and assaulted each time just for making a calm inquiry or respectfully answering "no" to an officer's open-ended request to search my car? Here's one potential answer: because hot-headed police officers with a track record of unchecked power have become renegade police officers who now cackle in the face of the law. Like attracts like. And unaddressed problems only get worse.

Therefore, in the interests of the State, the public trust, Defendants and myself, I would be willing to settle the Complaint, without monetary compensation, but simply in exchange for a written apology (by Defendants 419 and 432) including a promise/resolution by said Defendants to stop harassing/assaulting Plaintiff (and of course anyone and everyone else should be made implicit in the language). And, in the future, if they're pulling someone over for a minor traffic offense committed by thousands of people each day on Park Ave., to remember that it is in fact a minor traffic offense committed by thousands of people each day on Park Ave., and to not bully, assault or harass these common people of Cranston who are just trying to get to and from work, but rather issue a warning or a ticket and move on, as required of them by law. It shouldn't be too much to ask Defendants to agree to uphold the law and to apologize for misconduct. No, in fact, it's required by law for them to do so, I'm just asking for it in writing, or in oral testimony.

I suppose the details of this settlement agreement might be better discussed in chambers with all parties present, although mail is fine. In the event that Defendants are not willing to agree

to this or similar terms, I give the Court permission to interpret this Motion as a Motion for Summary Judgment and demand the above settlement offer as an early judgment to the case. The alleged assault is factually grounded enough to warrant a legal conclusion on it, as no reasonable person, including Plaintiff, could imagine Defendants denying the witnessed assault.

Respectfully submitted,

Date: August 22, 2007

Benjamin Ligeri
39 Wheaton Ave
Rehoboth, MA 02769
(401) 952-6661

## CERTIFICATE OF SERVICE

I hereby certify that a copy of PLAINTIFF'S MOTION TO SETTLE OR FACILITATE SETTLEMENT OF THE CASE IN THE INTERESTS OF THE PUBLIC TRUST was served, on August 22, 2007, by first class mail, postage prepaid, upon the Defendants' counsel:

Jeffrey S. Michaelson
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852

Benjamin Ligeri
39 Wheaton Ave
Rehoboth, MA 02769
(401) 952-6661