UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BENJAMIN LIGERI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:07-CV-00207-ML-LDA |
| | ) | |
| STATE OF RHODE ISLAND, | ) | |
| CRANSTON POLICE DEPARTMENT, | ) | |
| CRANSTON POLICE OFFICER #419 and | ) | |
| CRANSTON POLICE OFFICER #432, | ) | |
| | ) | |
| Defendants. | ) | |

CRANSTON DEFENDANTS' RESPONSE TO "MOTION TO SETTLE OR FACILITATE SETTLEMENT" (INSOFAR AS OFFERED AS A MOTION FOR SUMMARY JUDGMENT)

The Cranston Defendants hereby oppose Plaintiff's Motion to Settle or Facilitate Settlement of the case in the Interests of the Public Trust, filed on or about August 22, 2007, to the extent that Plaintiff "give[s] the Court permission to interpret this Motion as a Motion for Summary Judgment and demand[s] the above settlement offer as an early judgment to the case." (Plaintiff's Motion, p.3).

In support of this position, the Cranston Defendants state that, to the extent that Plaintiff seeks to offer this document as a Motion for Summary Judgment, such offer is frivolous, without legal merit, does not comply with applicable rules, is not supported by any law and is otherwise fatally defective and frivolous on its face.

In light of the above, the Cranston Defendants do not believe that a Memorandum of Law is required in response to this Motion, but will provide one in the event that the Court so requests.[1]

[1] The Cranston Defendants, while constrained to respond to the case and pleadings as Plaintiff deems fit to file, are at the same time seeking to avoid expenditure of excessive time and effort in responding to the string of frivolous pleadings which Plaintiff has unleashed.

Respectfully submitted,
Cranston Police Department, Cranston Police
Officer #419 and Cranston Police Officer #432,
by their attorney,

Date: August 28, 2007

/s/Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served, by first class mail, postage prepaid, upon the following attorneys of record the 28 day of August, 2007:

Benjamin Ligeri
39 Wheaton Ave.
Rehoboth, MA 02769

/s/Jeffrey S. Michaelson