UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BENJAMIN LIGERI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:07-CV-00207-ML-LDA |
| | ) | |
| STATE OF RHODE ISLAND, | ) | |
| CRANSTON POLICE DEPARTMENT, | ) | |
| CRANSTON POLICE OFFICER #419 and | ) | |
| CRANSTON POLICE OFFICER #432, | ) | |
| | ) | |
| Defendants. | ) | |

CRANSTON DEFENDANTS' OPPOSITION TO MOTION TO STRIKE PORTIONS OF CRANSTON DEFENDANTS' MOTION TO DISMISS (AS CONTAINED IN "PLAINTIFF'S LIMITED RESPONSE TO CRANSTON DEFENDANTS' MOTION TO DISMISS")

The Cranston Defendants' hereby oppose Plaintiff's Motion to Strike Portions of Cranston Defendants' Motion to Dismiss, as contained in Plaintiff's August 21, 2007 Limited Response to Cranston Defendants' Motion to Dismiss and Motion to Strike Portions of Cranston Defendants' Motion to Dismiss.

In support of this Opposition, the Court is respectfully referred to the Memorandum in Opposition to Plaintiff's Motion to Strike Portions of Cranston Defendants' Motion to Dismiss, filed together with this Opposition.

Respectfully submitted,
Cranston Police Department, Cranston Police Officer #419 and Cranston Police Officer #432,
by their attorney,

Date: August 28, 2007

/s/Jeffrey S. Michaelson

Jeffrey S. Michaelson (# 3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served, by first class mail, postage prepaid, upon the following attorneys of record the __28___ day of __August________, 2007:

Benjamin Ligeri
39 Wheaton Ave.
Rehoboth, MA 02769

_____/s/Jeffrey S. Michaelson__________