UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BENJAMIN LIGERI,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF RHODE ISLAND,<br>CRANSTON POLICE DEPARTMENT,<br>CRANSTON POLICE OFFICER #419 and<br>CRANSTON POLICE OFFICER #432,<br><br>Defendants. | ) | C.A. No. 1:07-CV-00207-ML-LDA |

MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE PORTIONS OF CRANSTON DEFENDANTS' MOTION TO DISMISS (AS CONTAINED IN "PLAINTIFF'S LIMITED RESPONSE TO CRANSTON DEFENDANTS' MOTION TO DISMISS")

## I. INTRODUCTION

This matter was commenced by Plaintiff Benjamin Ligeri with the filing of a Complaint on or about May 3, 2007. Following transfer of this matter by the United States District Court for the District of Massachusetts and this Court's granting of a Motion to Extend the Time to Respond to the Complaint, the Cranston Defendants filed a Motion to Dismiss and to Strike pursuant to Rule 12 on or about July 30, 2007.

In response, Plaintiff filed, late, a "Limited Response to Cranston Defendants' Motion to Dismiss and Motion to Strike Portions of Cranston Defendants' Motion to Dismiss." This Memorandum responds to the Motion to Strike Portions of Cranston Defendants' Motion to Dismiss.

## II. ARGUMENT

Plaintiff offers this Court, in response to the Motion to Dismiss, a stream of consciousness,

barely intelligible, highly offensive *ad hominem*, directed at counsel.[1] In the process, Plaintiff has indicated that he seeks to "strike" portions of the Cranston Defendants' Motion to Dismiss. However, in reviewing the entire Memorandum in Support of Plaintiff's Motion, and, indeed, in the body of the Motion itself, there is no specific mention of exactly what it is that Plaintiff seeks to strike. Therefore, the Cranston Defendants cannot respond, except to deny that Plaintiff's Motion or Memorandum indicate any support for the relief requested.

III. CONCLUSION

For the foregoing reasons, Cranston Defendants respectfully pray that the Motion to Strike Portions of Cranston Defendants' Motion to Dismiss as contained in Plaintiff's Limited Response to Cranston Defendants' Motion to Dismiss be denied.

Respectfully submitted,
Cranston Police Department, Cranston Police Officer #419 and Cranston Police Officer #432,
by their attorney,

Date: August 28, 2007

/s/Jeffrey S. Michaelson

Jeffrey S. Michaelson (# 3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

---

[1] *Compare Bacon v. AFSCME Council No. 13*, 795 F.2d 33 (7th Cir. 1986), where Plaintiff's filing of an appellate brief which was "essentially incoherent and ma[de] no colorable effort to point out legal or factual errors ..." (*id.* at 35) resulted in an award of reverse fees against Plaintiff in a Title VII case.

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served, by first class mail, postage prepaid, upon the following attorneys of record the __28__ day of _August__, 2007:

Benjamin Ligeri
39 Wheaton Ave.
Rehoboth, MA 02769

/s/Jeffrey S. Michaelson