UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BENJAMIN LIGERI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:07-CV-00207-ML-LDA |
| | ) | |
| STATE OF RHODE ISLAND, | ) | |
| CRANSTON POLICE DEPARTMENT, | ) | |
| CRANSTON POLICE OFFICER #419 and | ) | |
| CRANSTON POLICE OFFICER #432, | ) | |
| | ) | |
| Defendants. | ) | |

CRANSTON DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE CRANSTON DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS FOR CONTAINING FALSE FACTS

Now come the Cranston Defendants and Oppose Plaintiff's Motion to Strike Cranston Defendants' Opposition to Plaintiff's Motion for Sanctions for Containing False Facts, filed on or about August 23, 2007.

In support of this Opposition, the Court is respectfully referred to the Memorandum in Support of Cranston Defendants' Opposition to Plaintiff's Motion to Strike Cranston Defendants' Opposition to Plaintiff's Motion for Sanctions for Containing False Facts, filed together with this Opposition.

Respectfully submitted,
Cranston Police Department, Cranston Police Officer #419 and Cranston Police Officer #432,
by their attorney,

Date: August 28, 2007

/s/Jeffrey S. Michaelson
Jeffrey S. Michaelson (# 3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served, by first class mail, postage prepaid, upon the following attorneys of record the 28 day of August, 2007:

Benjamin Ligeri
39 Wheaton Ave.
Rehoboth, MA 02769

/s/Jeffrey S. Michaelson