(A)

**TRANSCRIPT OF TELEPHONE MESSAGE**
**RECEIVED JUNE 13, 2007 AT 5:42 P.M. FROM BEN LIGERI**

Jeffrey Michaelson, this is Benjamin Ligeri, acting attorney in the case against the State of Rhode Island. I'm uh asking you to withdraw this motion that you filed for sanctions or it will open you up to personal litigation for unclean hands and fraud. I'm asking you to withdraw this immediately. If the Federal Court ruled on a motion on a motion of yours, you can't be unhappy with that motion and uh then try to sue the Plaintiff for fees because you don't like the way a Federal Judge appointed for life ruled. OK? I'm asking you to re uh remove that. This is going back to District Court in Massachusetts. As you know jurisdiction is where a party resides. I reside in Massachusetts. I was assaulted in Rhode Island. This case belongs in Massachusetts. It's going back to Mass. Court. It will never go to Rhode Island Superior Court because it's a corrupt State and we're going to prove that in Court if we have to. So re... withdraw this and save me the time. So that any time I spend answering this, I'm going to make sure you pay legally for this. Ok? My number is 401-952-6661. I hate to get off to a bad start. I'd really like this to be a non-adversarial thing where we talk to each other but I've left you messages, you haven't replied, and that's already unclean hands. You should be talking to counsel on this matter and not going a pre-law route of filing Motions every time you have a problem that I can handle over the ... I can handle through phone. Like you want an extension. Call counsel on the matter. 401-952-6661. I may grant you that extension. You don't have to go through the Courts. Ok? Don't waste the Court's time or I'm going to file another lawsuit against you. Ok? Give me a call, lets talk like gentlemen, let's do this right. Let's stop the Rhode Island gestapo politics crap. Ok? Bye.

B

Dictionary.com

Premium Content | Register | Log In | Help

gestapo Search

Dictionary Thesaurus Encyclopedia All Reference The Web

ADVERTISEMENT

6 results for: *gestapo*

(Browse Nearby Entries)

Ads by Google

קהילות יהודיות
לוס אנג'לס ישראל
*WWW.LAISRAEL.NET*

Jewish History
Huge selection, great deals on Jewish History items.
*shopping.yahoo.com*

Free software! Get instant dictionary, thesaurus, and encyclopedia access from most Mac and Windows programs.

Windows Live
Introducing Live Search at Live.com
Try Live Search
Web Images Local QnA beta
Live is good.

ADVERTISEMENT

*Dictionary.com Unabridged (v 1.1)* - *Cite This Source*

**Ge·sta·po** [guh-**stah**-poh; *Ger.* guh-**shtah**-poh] Pronunciation Key - Show IPA Pronunciation

*-noun*

1. the German state secret police during the Nazi regime, organized in 1933 and notorious for its brutal methods and operations.

*-adjective*

2. (*sometimes lowercase*) of or resembling the Nazi Gestapo, esp. in the brutal suppression of opposition: *The new regime is using gestapo tactics.*

[Origin: < G *Ge(heime) Sta(ats)po(lizei)*]

*Dictionary.com Unabridged (v 1.1)*
*Based on the Random House Unabridged Dictionary, © Random House, Inc. 2006.*

*American Heritage Dictionary* - *Cite This Source*

**Ge·sta·po** (gə-stä'pō, -shtä'-) Pronunciation Key

n.

1. The German internal security police as organized under the Nazi regime, known for its terrorist methods directed against those suspected of treason or questionable loyalty.
2. **gestapo** *pl.* **ge·sta·pos** A police organization that employs terroristic methods to control a populace.

adj.

1. Of, relating to, or characteristic of the German security police organized under the Nazi regime.
2. **gestapo** Of, relating to, or characteristic of terroristic police methods or operations: *gestapo tactics.*

[German Ge(heime) Sta(ats)po(lizei), *secret state police* : geheim, *secret* + Staat, *state* + Polizei, *police.*]

*(Download Now or Buy the Book)*
*The American Heritage® Dictionary of the English Language, Fourth Edition*
*Copyright © 2006 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

**Related Ads:**

Hitler
Conservation Nazi
Nazi Ecology
Nazi Policies
Nazi Germany

*Online Etymology Dictionary* - *Cite This Source*
**Gestapo**

1934, from Ger. *Gestapo*, from "*Geheime Staats-polizei*," lit. "secret state police," set up by Hermann Göring in Prussia in 1933, extended to all Germany in January 1934.

*Online Etymology Dictionary, © 2001 Douglas Harper*

*WordNet* - *Cite This Source*
**gestapo**

*noun*
the secret state police in Nazi Germany; known for its terrorist methods

*WordNet® 3.0, © 2006 by Princeton University.*

*American Heritage New Dictionary of Cultural Literacy, Third Edition* - *Cite This Source*
**Gestapo** [(guh-stah-poh, guh-shtah-poh)]

The secret police of the Third Reich in Germany. The Gestapo operated against Germans suspected of treason by using brutal interrogation and torture; they instilled widespread fear by their terrorist methods.

***Note***: "Gestapo tactics" in general are intimidating official procedures.

***Note***: Figuratively, any brutal secret police organization may be called a "gestapo."

[Chapter:] *World History since 1550*

*The American Heritage® New Dictionary of Cultural Literacy, Third Edition*
*Copyright © 2005 by Houghton Mifflin Company.*
*Published by Houghton Mifflin Company. All rights reserved.*

*Acronym Finder* - *Cite This Source*
**GESTAPO**

GESTAPO: in Acronym Finder

*Acronym Finder, © 1988-2007 Mountain Data Systems*

View results from: Dictionary | Thesaurus | Encyclopedia | All Reference | the Web

Indicates premium content, which is available only to subscribers.

ADVERTISEMENT

Perform a new search, or try your search for "gestapo" at:

Amazon.com - Shop for books, music and more
Reference.com - Encyclopedia Search
Reference.com - Web Search powered by Google
Thesaurus.com - Search for synonyms and antonyms

Get CleverKeys and look up words from any program - FREE download! *From the makers of Dictionary.com*

About Dictionary.com | Privacy Policy | Terms of Use | Link to Us | Contact Us

Copyright © 2007, Lexico Publishing Group, LLC. All rights reserved.