UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BENJAMIN LIGERI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:07-CV-00207-ML-LDA |
| | ) | |
| STATE OF RHODE ISLAND, | ) | |
| CRANSTON POLICE DEPARTMENT, | ) | |
| CRANSTON POLICE OFFICER #419 and | ) | |
| CRANSTON POLICE OFFICER #432, | ) | |
| | ) | |
| Defendants. | ) | |

CRANSTON DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

Now come the Cranston Defendants and Oppose Plaintiff's Motion to Amend the Complaint, filed on or about August 23, 2007.

In support of this Opposition, the Cranston Defendants respectfully refers the Court to the Memorandum in Opposition to Plaintiff's Motion to Amend the Complaint, filed together with this Opposition.

Respectfully submitted,
Cranston Police Department, Cranston Police
Officer #419 and Cranston Police Officer #432,
by their attorney,

Date: August 28, 2007

/s/Jeffrey S. Michaelson
Jeffrey S. Michaelson (# 3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of filing of this document(s).

Service by U.S. mail on:
Benjamin Ligeri
39Wheaton Ave.
Rehoboth, MA 02769

/s/ Jeffrey S. Michaelson