UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

BENJAMIN LIGERI

v. CA 07-207 ML

STATE OF RHODE ISLAND, et al.

## MEMORANDUM AND ORDER

This matter is before the Court on review of the Report and Recommendation issued by Magistrate Judge Almond as to several pretrial motions filed by the parties. Neither side has filed any objection to the Report and Recommendation. This Court has conducted its own independent review and finds that Magistrate Judge Almond has accurately set forth the facts. Further, his legal conclusions are consistent with well-established precedent. Accordingly, the Report and Recommendation is adopted in its entirety, and this Court makes the following orders:

1. The Cranston defendants' Motion for Sanctions (Docket #7) is DENIED with prejudice as to the venue issue, and without prejudice as to the factual basis issue.

2. Plaintiff's Motion for Sanctions (Docket #8) is DENIED.

3. Cranston's Motion to Strike (Docket #10) paragraphs 14 and 15 of the Complaint is GRANTED.

4. Cranston defendants' Motion to Dismiss is GRANTED as it relates to the Cranston Police Department and DENIED as to plaintiff's excessive force, unlawful arrest, and First Amendment retaliation claims.

5. Plaintiff's Motion to Settle (Docket #12) is DENIED.

6. Plaintiff's Motion to Strike (Docket #14) is DENIED.

7. Plaintiff's Motion to Amend (Docket #15) is DENIED without prejudice.

8. The Complaint as it relates to the State of Rhode Island is DISMISSED pursuant to Fed. R. Civ. P. 4(m).

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
October 18, 2007