UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| BENJAMIN LIGERI,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF RHODE ISLAND,<br>CRANSTON POLICE DEPARTMENT,<br>CRANSTON POLICE OFFICER #419 and<br>CRANSTON POLICE OFFICER #432,<br><br>Defendants. | ) | C.A. No. 1:07-CV-00207-ML-LDA |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate, pursuant to Rule 41(a), Fed. R. Civ. Proc., that this matter be and hereby is DISMISSED, with prejudice and without costs.

Cranston Police Department, Cranston Police Officer #419 and Cranston Police Officer #432, by their attorney,

Benjamin Ligeri, *pro se*
39 Wheaton Ave.
Rehoboth, MA 02769

Dated: 3-20-08

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

Dated: 3/24/08